[No. 6304-1. Division One. April 30, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 82732, Herbert M. Stephens, J., entered January 13, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Ringold, J.